# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO BAUTISTA,<br><br>      Plaintiff,<br><br>vs.<br><br>SPARTAN BURGERS INC.; and DOES 1 through 10 inclusive,<br><br>      Defendants. | Case No.: CV 17-3111-DMG (MRWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION [20]** |

Based on the parties' stipulation, and for good cause shown:

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, both sides to bear their own fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: September 19, 2017

                                           _____
                                           DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE